UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHARON E WILSON FOY                          CIVIL ACTION NO. 26-cv-1397

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

HOMESITE INSURANCE CO                         MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendant Homesite Insurance Company filed a Diversity Jurisdiction Disclosure Statement that did not include any allegations regarding its citizenship.  The statement does not allege whether Homesite is a corporation, LLC, or other form of entity.  If it is a corporation, it is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business.  28 U.S.C. § 1332(c)(1).

If Homesite is an LLC or other form of unincorporated entity, its citizenship is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant.  Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008).  "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation."  Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

Homesite must file, no later than **May 11, 2026**, an amended Diversity Jurisdiction Disclosure Statement that clarifies whether it is a corporation, LLC, or other form of entity

and alleges its citizenship in accordance with the rules outlined above.  If it is a corporation, it must allege the state in which it is incorporated as well as the state in which it has its principal place of business.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 4th day of May, 2026.

Mark L. Hornsby
U.S. Magistrate Judge